USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DC #: _____
DATE FILED: 4/10/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
RAJOHINE JOHNSON,
               Plaintiff,
v.                                                                                    **ORDER**

POLICE CHIEF ANTHONY GERACI                      22 CV 4450 (VB)
and POLICE OFFICER KEVIN JODICE,
               Defendants.
--------------------------------------------------------------x

        As discussed at a conference held today, at which counsel for all parties appeared, it its HEREBY ORDERED:

        1.    The deadline for the completion of all discovery, including expert discovery, is extended to **May 30, 2025**.

        2.    By **April 14, 2025**, plaintiff's counsel shall provide defendants with supplemental expert disclosures for plaintiff's two expert witnesses pursuant to Federal Rule of Civil Procedure 26(a)(2)(C). No further extensions of this deadline will be granted.

        3.    Plaintiff's counsel has advised the Court that plaintiff no longer intends to call Dr. Gabriel Dassa as a witness in this case.

        4.    By **July 11, 2025**, defendants shall make their anticipated motion for summary judgment. By **August 25, 2025**, plaintiff shall file his response. By **September 8, 2025**, defendants shall file their reply.

Dated: April 10, 2025
       White Plains, NY

                                          SO ORDERED:

                                          /s/ Vincent L. Briccetti
                                          Vincent L. Briccetti
                                          United States District Judge