UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
RAJOHINE JOHNSON,                              :
                   Plaintiff,             :
                                   :     **ORDER OF DISMISSAL**

v.                                             :

                                   :     22 CV 4450 (VB)

POLICE OFFICER KEVIN JODICE,                   :
                   Defendant.             :
-------------------------------------------------------------x

The Court has been advised that the parties have reached a settlement in principle in this case.

Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application is made by no later than **July 31, 2026**. To be clear, any application to restore the action must be filed by **July 31, 2026**, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled.

Dated: June 1, 2026                  SO ORDERED:
       White Plains, NY

_____
Vincent L. Briccetti
United States District Judge